UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONVERTING ALTERNATIVES
INTERNATIONAL, LLC,

       Plaintiff,

                           CASE NO. 16-CV-13772
v.                      HON. GEORGE CARAM STEEH

VAC PAC, INC.,

       Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion to dismiss for lack of personal jurisdiction, and in accordance with the court's order granting the motion to dismiss without prejudice entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                              By:   s/Marcia Beauchemin
                                          Deputy Clerk

Dated:  March 28, 2017

---

CERTIFICATE OF SERVICE

Copies of this Judgment were served upon attorneys of record
on March 28, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk